# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CIVIL CASE NO. 5:20CV103

DAVID LUTZ,
    Plaintiff,

V

CASE FARMS, LLC,
    Defendant

## ORDER

**THIS MATTER** is before the Clerk by the request of the Financial Administrator to return the $1,000.00 bond deposited with the Clerk by Plaintiff Lutz per an "Order" [Doc. 14] of this court filed August 31, 2020.

This case was closed on December 10, 2020 per the "Rule 41 Stipulation of Voluntary Dismissal of Defendant Case Farms, LLC With Prejudice" [Doc. 21].

**IT IS, THEREFORE, ORDERED,** that the Financial Administrator return $1,000.00 bond to Plaintiff Daniel Lutz.

**IT IS SO ORDERED this 14th day of January 2021.**

*Frank G. Johns*
**Frank G. Johns, Clerk**
**U.S. District Court**